IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No.: 3:08mj160

JASON BAKER,
JEREMY BEMBO,
ADRIAN CAWTHON,
CLIFFORD COOPER,
MARVIN DUCKSWORTH,
HERMAN FAILS,
MARCO GREEN,
TREMAIN HAMILTON,
DEMIRUS McCRAY,
MICHAEL McQUEEN,
PAUL NEAL,
SANDY PENTON,
STEVEN PINKNEY,
JEFFREY RICH,
JAMEL SHIELDS,
DESHRIC SLACK,
RODRICK SLACK,
JAY THAMPI,
KATRISA THOMAS,
and
CALVIN WALKER

## ORDER

The affidavit supporting the complaint and any other documents under the above case number shall be SEALED by the Clerk until further order of the court.

DONE AND ORDERED this 1ST day of July, 2008.

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

FILED 7-1-08
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) MD