IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 3:08mj160

SANDY PENTON
_____

**O R D E R**

At the defendant's request, the detention hearing has been continued indefinitely. She will remain in the custody of the U.S. Marshal and may request resumption of the hearing at any time with proper notice.

DONE AND ORDERED this 14th day of July, 2008.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE